**Rule 1921.  Notice to the Chief Justice and [to] the Judicial Conduct Board.**

Whenever a judge receives notice that he or she is the subject of any federal or state criminal investigation or prosecution through a target letter, a subject letter, a presentment, an indictment, an arrest, a summons, a complaint, **[or by any]** other legal process, **or any other means from the investigating or prosecuting authority, unless precluded by order of court,** the judge must report the receipt of such notice in writing to the Chief Justice and **[to]** the Judicial Conduct Board within five (5) days.